LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:    MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of
Pennsylvania

Hearing Date: **June 11, 2026, at 11:00 am**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Blanca Iris Maldonado

        Debtor(s)

Chapter 13 Proceeding

25-14717 DBJ

### MOTION OF CITIZENS BANK, N.A. S/B/M TO CITIZENS BANK OF PENNSYLVANIA FOR RELIEF OF FROM THE AUTOMATIC STAY

AND NOW, comes secured Creditor, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania (Movant) by and through its counsel, Mary F. Kennedy, and files this Motion to obtain an order for Relief from the Automatic Stay due to debtor(s) failure to provide Movant with adequate protection of its interest in the property which is the basis of the creditor's security.

1. On or about November 20, 2025, Debtor(s) filed a Chapter 13 Bankruptcy Petition.
2. On October 30, 2013, the Debtor(s) executed a Note in the amount of $45,000.00. On the same day Debtor(s) executed a Mortgage that gace Movant a security interest in the property located at 3051 Mascher Street, Philadelphia, PA 19133, referred to as the "property." The Mortgage was recorded in the Philadelphia Recorder of Deeds Office on November 12, 2013 at Document ID 52718362 (See Exhibit "A" attached).
3. The Debtor(s) is presently in arrears post-petition for six (6) months, December 4, 2025 to May 4, 2026. The total arrears, including $1,549.00 for attorney fees and costs is $5,684.84.
4. Movant wishes to have the automatic stay terminated to permit Movant to complete foreclosure on its mortgage.

{01056228}

5.  Pursuant to 11 U.S.C.A. section 362 (d) (1), cause exists to grant Movant relief from the stay.

WHEREFORE, Movant respectfully requests this Honorable Court ORDER:

That Relief from the Automatic Stay be granted to Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania to proceed with foreclosure action to obtain all other Relief available under Non-Bankruptcy Law. That the relief granted by the Court will survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. And that bankruptcy Rule 4001(a)(4) is not applicable, and Movant is allowed to immediately proceed with foreclosure and all other relief available under the non-bankruptcy law. Furthermore, Movant respectfully requests that reasonable attorney fees and costs associated with this Motion be awarded to Movant.

RESPECTFULLY SUBMITTED,


/s/ MARY F. KENNEDY, ESQ.

Dated: May 13, 2026


{01056228}